CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Robert Curiel**   SS#: **xxx-xx-4242**   Net Monthly Earnings: **1,276.95**

SS#: _____   Number of Dependents: **3**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **1,276.00**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   ( ____ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **76,560.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |

   B. Total Attorney Fee: $ **3,000.00** ; **$300.00** paid pre-petition; $ **2025.00** to be paid at confirmation and $ **675.00** per one month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| -NONE- |  | by Trustee / by Debtor |  |  |  |  |  |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Alaska Usa Fcu | $161.00 | $16,559.00 | $16,000.00 | $0.00 | 2010 Ford Edge (80000 miles) | 4.99% | $345.00 | Aug 2015 |
| Cap1/kawas | $22.00 | $2,163.00 | $6,100.00 | $0.00 | 2008 Kawasaki ZX14 Motorcycle | 5.25% | $46.00 | Aug 2015 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- |  |  |  |  |

IV. Special Provisions:

   ☒ This is an original plan.

   ☐ This is an amended plan replacing plan dated ____.

   ☒ This plan proposes to pay unsecured creditors **100** %.

   ☒ Other Provisions: Debtor will pay all pre and post petition utility service charges to Alabama Power Company in lieu of posting a deposit under 11 U.S.C. 366 and acknowledge that 11 U.S.C. 326 will not prohibit collection of these debts by Alabama Power Company.
   **Special Intentions:**
   **Welk Resort Group: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for any deficiency balance owed.**

Attorney for Debtor Name/Address/Telephone #   Date **February 16, 2015**   **/s/ Robert Curiel**
**/s/ Paula C. Greenway**                                                    **Robert Curiel**
**505 North 20th Street**                                                    Signature of Debtor
**Suite 1220**
**Birmingham, AL 35203**
Telephone # **205.324.4000**

# United States Bankruptcy Court
## Northern District of Alabama

In re **Robert Curiel**  Case No. **15-00541**
Debtor(s)  Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 16, 2015**, a copy of **Plan Summary** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Alabama Gas Company**
20 20th St. South
Birmingham, AL 35233-2018

**Alabama Power**
1313 6th Ave. North
Birmingham, AL 35203

**Alaska Usa Fcu**
4000 Credit Union Dr
Anchorage, AK 99503

**Bank Of America**
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

**Bellsouth**
P.O. Box 105503
Atlanta, GA 30348-5503

**Bessemer Utilities**
P.O. Box 1246
Bessemer, AL 35021

**Birmingham Water Works**
3600 First Avenue North
Attn: Bankruptcy Department
Birmingham, AL 35222

**Cap1/kawas**
26525 N Riverwoods Blvd
Mettawa, IL 60045

**Charter Communications**
4601 Southlake Pkwy, Ste. 125
Birmingham, AL 35244

**Chase**
P.O. Box 15293
Wilmington, DE 19886-5292

**Chase Card**
Po Box 15298
Wilmington, DE 19850

**Chase Card**
Po Box 15298
Wilmington, DE 19850

**Eric Holder, Attorney General**
Department of Justice
10th and Constitution Avenue Rm. B-324
Washington, DC 20530

**Internal Revenue Service**
Austin IRS Center
Stop 6692 AUSC
Austin, TX 73301-0021

**Internal Revenue Service**

**Attn: Ron Hill**
**801 Tom Martin Drive 137 C3**
**Birmingham, AL 35211**

**Internal Revenue Service CH 13**
**11601 Roosevelt Blvd.**
**Mail Drop Point N 781**
**Philadelphia, PA 19154**

**Jefferson County Tax Collector**
**716 North 20th Street**
**Birmingham, AL 35203**

**Lending Club Corp**
**71 Stevenson St Ste 300**
**San Francisco, CA 94105**

**Shelby County Tax Assessor**
**Main Street**
**Columbiana, AL 35051**

**State of Alabama Department of Revenue**
**Jefferson Shelby Taxpayer Service Center**
**P.O. Box 1927**
**Pelham, AL 35124**

**State of Alabama, Department of Revenue**
**Legal Division**
**P.O. Box 320001**
**Montgomery, AL 36132-0001**

**Welk Resort Group**
**8860 Lawrence Welk Dr**
**Escondido, CA 92026**

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief. Signed under penalty of perjury pursuant to the laws of the United States of America this **16th** day of **February**, 20**15** at ____, ____.

       **/s/ Paula C. Greenway**
       **Paula C. Greenway**
       **Greenway Bankruptcy Law, LLC**
       **505 North 20th Street**
       **Suite 1220**
       **Birmingham, AL 35203**
       **205.324.4000Fax:205.326.1150**
       **greenwaybankruptcylaw@gmail.com**